```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                               December 29, 2014

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:      TS       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN DAVIS,<br><br>        Petitioner,<br><br>        v.<br><br>UNNAMED RESPONDENTS,<br><br>        Respondent. | No. ED CV 14-01549-ODW (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

///

///

1       IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: December 29, 2014

                                                        OTIS D. WRIGHT II
United States District Judge