ENTERED
CLERK, U.S. DISTRICT COURT
December 29, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
December 29, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>UNNAMED RESPONDENTS,<br><br>    Respondent. | No. ED CV 14-01549-ODW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: December 29, 2014

_____
OTIS D. WRIGHT II
United States District Judge